**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Honorable DANA M. SABRAW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 09-3066-DMS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| CESAR TORRES AGUIRRE, | ) | |
| Defendant. | ) | |

Good Cause appearing, the Court hereby grants the Joint Motion to continue the sentencing date in the above matter from 29 January 2010 to 26 February 2010, at 9:00 a.m.. The defendant is to appear on Feb. 26, 2010 at 9:00 a.m. This continuance is requested to allow additional time for investigation and negotiation.

DATED: January 6, 2010

_____
HON. DANA M. SABRAW
United States District Judge

1